FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

SEP -8 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TERRELL LAMAR MCBRIDE, ) <br> ) <br> _____Defendant._____ ) | 2:10-CR-577-GMN (RJJ) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 8, 2011, defendant TERRELL LAMAR MCBRIDE pled guilty to Counts One and Two of a Two-Count Superseding Criminal Indictment charging him in Count One with Armed Bank Robbery in Violation of Title 18, United States Code, Section 2113 (a) and (d), and in Count Two with Possession, Use, and Carrying a Firearm During, in Relation to, and in Furtherance of a Crime of Violence, in violation of Title 18, United States Code, Section 924(c)(1)(A). Docket #21.

This Court finds defendant TERRELL LAMARA MCBRIDE agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Superseding Criminal Indictment. #21.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and the offense to which defendant TERRELL LAMAR MCBRIDE has pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c):

1    a)    a Rohm, Model RG38, .38 caliber revolver, serial number FF386537;

2    b)    6 rounds of .38 caliber ammunition; and,

3    c)    any and all ammunition.

4    This Court finds the United States of America is now entitled to, and should, reduce the

5    aforementioned property to the possession of the United States of America.

6    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

7    United States of America should seize the aforementioned property.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

9    TERRELL LAMAR MCBRIDE in the aforementioned property is forfeited and is vested in the

10    United States of America and shall be safely held by the United States of America until further order

11    of the Court.

12    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

13    shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

14    website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

15    the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

16    the name and contact information for the government attorney to be served with the petition,

17    pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

18    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

19    filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

20    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

21    shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

22    following address at the time of filing:

23    Michael A. Humphreys
    Assistant United States Attorney
24    Daniel D. Hollingsworth
    Assistant United States Attorney
25    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
26    Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __8__ day of __Sept__, 2011.

_____
UNITED STATES DISTRICT JUDGE