# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,         )
                                  )
          Plaintiff,             )
                                  )
   v.                             )
                                  )  2:10-CR-577-GMN (RJJ)
TERRELL LAMAR MCBRIDE,            )
                                  )
          Defendant.             )

## FINAL ORDER OF FORFEITURE

On September 9, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant TERRELL LAMAR MCBRIDE, to criminal offenses, forfeiting specific property alleged in the Superseding Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant TERRELL LAMAR MCBRIDE, pled guilty.  Docket #21, #49, #50, #51.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 13, 2011, through October 12, 2011, notifying all third parties of their right to petition the Court. #52.

This Court finds  no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Sections 924(d)(1), (2)(C), and (3)(A) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

a) a Rohm, Model RG38, .38 caliber revolver, serial number FF386537;

b) 6 rounds of .38 caliber ammunition; and,

c) any and all ammunition.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

**DATED** this 7th day of December, 2011.

_____
Gloria M. Navarro
United States District Judge